UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Grace Matos Ortiz
v.
Commonwealth of Puerto Rico

CASE NUMBER: 98-2391(HL)

RECEIVED & FILED
1999 SEP 30 PM 2 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## MOTION

Date Filed: 9/28/99    Docket #15    [x] Plffs [] Defts
Title: Motion for Default
Opp'n Filed:    Docket #

## ORDER

Denied. Defendant Carlos Mercado Colón made a Rule 12 response when he filed a motion to dismiss. The Court has not yet ruled on this motion. Plaintiff is advised to examine Fed. R. Civ. P. 12(a)(4).

Date 9/30/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd: SEP 30 1999   EOD:
By: [signature]   # 16

3