UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Grace Matos Ortiz,
    Plaintiff,
    v.
Commonwealth of Puerto Rico, et al.,
    Defendants.

CASE NUMBER: 98-2391 (HL)

| MOTION |
|---|
| Date Filed: 7/20/99   Docket #12   [x] Plffs [] Defts<br>Title: Motion for Enlargement of Time<br>Opp'n Filed:   Docket # |
| ORDER |
| Moot. |

Date 11/4/99   HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:   EOD:

By:   #


