UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Grace Matos Ortiz,
    Plaintiff,
    V.
Commonwealth of Puerto Rico, et al.,
    Defendants.

CASE NUMBER: 98-2391 (HL)

## MOTION

Date Filed: 3/28/00    Docket #19    [x] Plffs [] Defts
Title: Motion to Compel
Opp'n Filed:    Docket #

## ORDER

Denied for failure to comply with Local Rule 311(11).

Date 4/3/00    HECTOR M. LAFFITTE
    Chief U.S. District Judge



