UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Grace Matos Ortiz,
    Plaintiff,
    V.
Commonwealth of Puerto Rico, et al.,
    Defendants.

CASE NUMBER: 98-2391 (HL)

| MOTION |
|---|
| Date Filed: 4/4/00   Docket #22   [x] Plffs [] Defts<br>Title: Motion for Reconsideration<br>Opp'n Filed:   Docket # |

| ORDER |
|---|
| Granted. Defendant Carlos Mercado Colon ("Mercado") is hereby ordered to appear at a deposition in the office of counsel for Plaintiff on May 16, 2000 at 10:00 a.m. Plaintiff shall present her motion for costs in connection with Mercado's non-cooperation at the conclusion of this litigation. |

| MOTION |
|---|
| Date Filed: 3/31/00   Docket #20   [] Plffs [x] Defts<br>Title: Motion Requesting Leave to Withdraw<br>Opp'n Filed:   Docket # |

| ORDER |
|---|
| Granted. The Clerk of the Court shall address all documents in this case to:<br>Gloria Robison-Guarch<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, PR 00902-0192<br>Tel. (787) 721-8010<br>Fax (787) 723-9188 |

Date 4/7/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

3