UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Grace Matos Ortiz,
    Plaintiff,
    V.
Commonwealth of Puerto Rico, et al.,
    Defendants.

CASE NUMBER: 98-2391(HL)

## MOTION

Date Filed: 4/26/00    Docket # 24    [] Plffs [x] Defts
Title: Motion for Transfer of Date for the Taking of Deposition and Other Matters
Opp'n Filed:    Docket #

## ORDER

Denied. The Court shall not tolerate any further delays in the prosecution of discovery in this case. Because the Court has already ordered Defendant Carlos Mercado Colon ("Mercado") to appear at a deposition, see Dkt. No. 23, Mercado's failure to attend shall occasion any or all of the arsenal of sanctions provided for in Fed. R. Civ. P. 37(b). These sanctions include but are not limited to contempt sanctions, taking Plaintiff's factual assertions as true, preventing Mercado from opposing Plaintiff's claims, preventing Mercado from introducing evidence, rendering judgment by default against Mercado, and imposing costs and attorney's fees on Mercado.

## MOTION

Date Filed: 4/26/00    Docket # 25    [] Plffs [x] Defts
Title: Motion for Authorization to File Documents in the Spanish Language
Opp'n Filed:    Docket #

## ORDER

Granted. Documents that have not been translated into English in accordance with Local Rule 108(1) shall not be considered by the Court of Appeals, should this case be appealed.

Date 5/12/00

HECTOR M. LAFFITTE
Chief U.S. District Judge