UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ENTERED ON DOCKET 6/23/00 PURSUANT TO FRCP RULES 58 & 79a

GRACE MATOS ORTIZ,
    Plaintiff,

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,
    Defendants.

Civil No. 98-2391 (HL)

## PARTIAL JUDGMENT

The Court having issued an Opinion and Order on this same date, partial judgment is hereby entered dismissing with prejudice Plaintiff's Title VII claims against Defendants Pedro A. Toledo-Davila ("Toledo"), Carlos Mercado Colon ("Mercado"), Peter Poe ("Poe"), and Samuel Soe ("Soe"); Plaintiff's § 1983 claims; Plaintiff's Article 1802 claims; and Plaintiff's Law 17 and Law 69 claims. Mercado's Title VII claims against the Commonwealth remain intact.

In San Juan, Puerto Rico
This 22nd day of June, 2000

HECTOR M. LAFFITTE
Chief United States District Judge




AO 72
(Rev 8/82)