UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Grace Matos Ortiz,
    Plaintiff,
V.                                           CASE NUMBER: 98-2391 (HL)
Commonwealth of Puerto Rico, et al.,
    Defendants.

| MOTION | |
|---|---|
| Date Filed: 8/15/00   Docket # 34   [x] Plffs [x] Defts | |
| Title: Motion for Voluntary Dismissal | |
| Opp'n Filed:   Docket # | |
| ORDER | |

    The Court hereby approves the parties' settlement. Judgment shall be entered incorporating the terms of the parties' settlement agreement. The Court shall, in accordance with the parties' stipulation, retain jurisdiction over the implementation of the settlement agreement. See *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380-82..

Date 8/17/00          HECTOR M. LAFFITTE
                                        Chief U.S. District Judge


