off

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Grace Matos Ortiz,
    Plaintiff,

V.                                CASE NUMBER: 98-2391 (HL)

Commonwealth of Puerto Rico, et al.,
    Defendants.

## JUDGMENT

The Court having approved the parties' settlement, judgment is hereby entered incorporating the terms of the parties' settlement agreement. The Court shall retain jurisdiction over the implementation of the settlement agreement.

Date 8/17/00                HECTOR M. LAFFITTE
                                  Chief U.S. District Judge

